UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SONIA KIRKLAND,
    Plaintiff,

v.                                    CASE NO. 3:00CV377 (AWT)

SEAN DOLAN, ET AL.,
    Defendants.

### NOTICE TO PARTIES REGARDING SETTLEMENT CONFERENCE

On August 29, 2003, this case was referred to the undersigned for the purpose of conducting a settlement conference. A settlement conference was scheduled for October 28, 2003. On October 22, 2003, Attorney Brian Leaming reported that the plaintiff's case against his clients, Sean Dolan, Anthony Mase, John Battick and the Town of Hamden, had settled. On October 23, 2003, Attorney Charles Price, plaintiff's counsel, notified the court that a settlement conference as to the remaining defendant would not be productive at this time. Accordingly, the settlement conference scheduled for October 28th is hereby canceled. If at anytime in the future counsel agree that a settlement conference is likely to be productive, they may contact the chambers of the undersigned to request such a conference.

SO ORDERED this 27th day of October, 2003 at Hartford, Connecticut.

Donna F. Martinez
United States Magistrate Judge