

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SONIA KIRKLAND | : CIVIL ACTION<br>NO. 3:00CV377 (AWT) |
| V. | : |
| SEAN DOLAN, ET AL. | : NOVEMBER 24, 2003 |

### STIPULATION TO DISMISS

The parties hereto stipulate and agree that any and all claims by the plaintiff against Anthony Mase, John Battick, Sean Dolan, the Hamden Police Department and the Town of Hamden be dismissed in this action, with prejudice, and without costs or attorneys' fees being awarded to any of these named parties.

PLAINTIFF,
SONIA KIRKLAND

BY: _____
Charles B. Price, Jr.
Fed. Bar #03640
Bartholomew and Price LLC
774 Orange Street
New Haven, CT 06511

05645.0549
@PFDesktop\::ODMA/MHODMA/iManage;477599;1

One Goodwin Square         HALLORAN          Phone (860) 522-6103
225 Asylum Street          & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                           Juris No. 26105

```
                                    DEFENDANTS,
                                    TOWN OF HAMDEN,
                                    HAMDEN POLICE DEPARTMENT,
                                    SEAN DOLAN, ANTHONY MASE, AND
                                    JOHN BATTICK


                                BY: _____
                                    Brian P. Leaming
                                    Fed. Bar No. ct 16075
                                    HALLORAN & SAGE LLP
                                    One Goodwin Square
                                    Hartford, CT 06103
                                    Tele: (860) 522-6103
```

- 2 -

## CERTIFICATION

This is to certify that on this 24th day of November, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

Charles B. Price, Jr.
Bartholomew and Price LLC
774 Orange Street
New Haven, CT 06511

Deborah L. Bradley, Esq.
639 Research Parkway
Meriden, CT 06450
(co-defendant Robert Martino)

Brian P. Leaming

477599.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105