

DENIED, as moot. See Doc. No. 37. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/4/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONIA KIRKLAND | : | CIVIL ACTION |
| V. | : | NO. 3:00CV377 (AWT) |
| SEAN DOLAN, ET AL | : | JUNE 16, 2003 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the undersigned defendants, Town of Hamden, Hamden Police Department, Sean Dolan, Anthony Mase and John Battick hereby move for the entry of summary judgment in their favor: (1) as to the plaintiff's claims under the First, Fifth, Sixth and Ninth Amendments; (2) as to the plaintiff's claims of equal protection and due process premised on the Fifth and Fourteen Amendments; (3) as to the plaintiff's claim of conspiracy under 42 U.S.C. §§ 1985 and 1986; (4) as to the false arrest, false imprisonment and malicious prosecution claims premised on the Fourth Amendment and state law; (5) as to the plaintiffs claims of intentional and negligent infliction of emotional distress; and (6) as to all claims against the Town and the Police Department. In support of this motion, the defendants submit the attached Memorandum of Law.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105