UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SONIA KIRKLAND | : | CIVIL ACTION<br>NO. 3:00CV377 (AWT) |
| V. | : | |
| SEAN DOLAN, ET AL. | : | NOVEMBER 24, 2003 |

## STIPULATION TO DISMISS

The parties hereto stipulate and agree that any and all claims by the plaintiff against Anthony Mase, John Battick, Sean Dolan, the Hamden Police Department and the Town of Hamden be dismissed in this action, with prejudice, and without costs or attorneys' fees being awarded to any of these named parties.

PLAINTIFF,
SONIA KIRKLAND

BY: _____
Charles B. Price, Jr.
Fed. Bar #03640
Bartholomew and Price LLC
774 Orange Street
New Haven, CT 06511

**APPROVED and SO ORDERED.**

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD CT      12/4/03

05645.0549
@PFDesktop\:.ODMA/MHODMA/iManage;477599;1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105