```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
-----------------------------x
                              :
SONIA KIRKLAND                :
        Plaintiff             :
    v.                        :        Civil No. 3:00CV0377(AWT)
                              :
                              :
SEAN DOLAN, ET AL             :
        Defendants            :
-----------------------------x         JUNE 24, 2004
```

                    PLAINTIFF'S WITHDRAWAL OF ACTION

COMES NOW, the plaintiff, SONIA KIRKLAND, by and through her undersigned counsel, and in accordance with the applicable Rules of Civil Procedure, hereby files a withdrawal of her claims in the above entitled action.

The dispute, having been resolved by discussion of the parties on their own, the Plaintiff's action thereby is withdrawn as to all Defendants.

                                        THE PLAINTIFF

                                    BY: _____
                                        CHARLES B. PRICE, JR (ct03640)
                                        BARTHOLOMEW AND PRICE LLC
                                        774 Orange Street
                                        New Haven, CT 06511
                                        Telephone:(203)777-4505
                                        Fax:(203)777-5330
                                        e-mail:price@bartholomewandprice.com

## CERTIFICATE OF SERVICE

This is to certify that on this 24th day of June, 2004 a copy of the foregoing was served by first class mail to:

Deborah L. Bradley, Esq.
Law Offices Of John F. DellaJacona
500 Enterprise Drive
Rocky Hill, CT  06067

Brian P. Leaming, Esq.
Halloran and Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Charles B. Price, Jr.

2